JUNE 20 2007 WED FILED                VERY HONORABLE CHIEF JUDGE ROBINSON

07- 413

IN FORMA PAUPERIS DECLARATION

_____D DEL____U S COURT_____
[Insert appropriate court]

STATE OF D DEL EX REL REV R V GADSON
(Petitioner)
v.
CEO EXPORT & IMPORT BANK ET AL
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, GADSON, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

07- 413

1. Are you presently employed? Yes ☐ No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   _____NONE_____
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _____NONE_____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?              Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐   No ☒
   d. Gifts or inheritances?                             Yes ☐   No ☒
   e. Any other sources?                                 Yes ☒   No ☐
   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
   _____NONE_____

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐ No ☒ (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____
   _____NONE_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐ No ☒
   If the answer is "yes," describe the property and state its approximate value. _____NONE_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____#3 KIDs NO WIFE_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date).

_Robert V Gadson_
Signature of Petitioner

DATE FILED 6/20/2007



ROBERT V GADSON #31101 066
PO BOX 879
AYER MASS 01432

TO: THE HONORABLE CLERK OF COURT DEPUTY
OFFICE OF CLERK U S DISTRICT COURT
844 KING STREET
WILMINGTON DELAWARE 19801

LEGAL MAIL PROTECTED BY LAW
18 USC 1700 TO 1703