=1=B

RE  FAX OUT E MAIL

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

VERY HONORABLE D DEL CHIEF U S
JUDGE SUE L ROBINSON & VERY
HONORABLE U S GOV ATTORNEY
GENERAL ALBERTO GONZALES ESQ JD
VERY HONORABLE ATTORNEY AT LAW
CONDOLEEZZA RICE U S SECRETARY
DEPT OF STATE HQ CHIEF OF C I A
VERY HONORABLE C I A CHIEF
DIRECTOR & VERY HONORABLE CHIEF
GOVERNOR OF DELAWARE & VERY HON
DELAWARE U S SENATE JOESPH BIDEN
VERY HONORABLE U S MAGISTRATE
JUDGE & VERY HON D DEL CHIEF CLERK
DEFENSE ATTORNEY RICHARD SPRAGUE
D DEL STATE JUDGE CANDIDATE & REV
GADSON MAG"J JOB APPOINTMENT
CANDIDATE BY LAW 28 USC 639 LAW &
VERY HON D DEL STATE ATTORNEY
GENERAL & VERY HON D DEL U S GOV
ATTORNEY & A U S A GOV LAWYER &
PART TIME U S MAGISTRATE JUDGE
D DEL & EX=WASHINGTON D C MAYOR
D C BAR ATTORNEY SHARON PRATT
KELLY Ed LAW DEGREE GRANTOR TO REV

0 7 -  4 1 3



FILED

JUN 25 2007

RGssen
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STATE OF DELAWARE EX REL &
REV. ROBERT VINCENT GADSON JD
PHILA PA POLICE P H.A BADGE #160
JOB CANDIDATE PART TIME C I A
U.S MAG"J OR FULL TIME & ET AL
JOINTER PLAINTIFF PARTY & ET AL.
        Vs

CEO & PRESIDENT & VICE PRESIDENT OF
EXPORT & IMPORT BANK OF $10
DILLION DOLLARS DEPT OF COMMERCE
BANK BRANCH

        RESPONDENTS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

DOCKET NUMBER #
========================
SUPPLY BY CLERK

I DID PETITION EXPORT & IMPORT
BANK CEO & PRESIDENT & VICE
PRESIDENT FOR A $20 BILLION DOLLARS
FEDERAL GRANT BY LAW TITLE
42 USC 2000d1=d2 AND THEY DID
REJECT ME AND DID NOT AFFORD ME
A BUSINESS GRANT.

THIS ACTION BY THEM TRIGGERED A
ACT OF PREJUDICE AND NEGLIGENCE
UNDER LAW 476 F.SUPP 1237 PLUS
CONSPIRACY & SEE BELL VS MILWAUKEE
746 F2d 1221 BY 42 USC 1985=3 &
42 USC 1986 LAW SEE CA3 CLARK VS.
CLABAUGH 20 F3d 1290 & 28 USC 1331
FED.QUESTION JURISDICTION & D.DEL
LONG ARM JURISDICTION & CASE UNDER
BIVENS ACTION 29 L.ED 2d 619
AND 42 USC 1988 $1.BILLION SPRAGUE

FEDERAL LAWSUIT $10 BILLION DOLLARS
========================================

QUOTING HAINES Vs. KERNER 30-LED 2d 652 & WOLFF Vs. McDONNELL 41 LED 2d 935
McDONNELL DOUGLAS Vs. GREEN 36 L.ED 2d 668 POINT OF LAW NOTE #8 ON JOBS.
CITING A.M.J. GIFT LAW LIKE GRANT LAW 348 F.2d 223 I DID PETITION CEO AND
PRESIDENT & VICE PRESIDENT OF EXPORT IMPORT BANK FOR A GIFT GRANT OF SMALL
AMOUNT OF MONEY ONLY $20 BILLION DOLLARS TO BUILD OUR LORD GOD ALMIGHTY
NEW CHURCHES THROUGH OUT THE ENTIRE UNITED STATES AND THEY REJECTED ME BEING
PREJUDICE AND NEGLGENCE. AND FEDERAL CAUSE OF ACTION ON NEXT PAGES & HEREIN

=2=

### FEDERAL CAUSE OF ACTION FILED
================================

## PARTIES

(In item I. Below, place our name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any).

I. Name of Plaintiff: ROBERT V. GADSON

Address: LOCAL COUNTY JAIL D DEL & CONTACT D DEL  U S M
TO ROUTE MAIL TO ME OK & IN TRANSIT

(In item II. Below, place the full name of the defendant in the first blank, his / her official position in the second blank, and his / her place of employment in the third blank. Use the space below item II. for names, positions and places of employment of any additional defendants.)

VICE PRESIDENT
II. Defendant CEO & PRESIDENT is employed as EXECUTIVE OFFICERS
EXPORT & IMPORT BANK D C HQ At

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet(s), if necessary.)

BY LAW RECKLESS NEGLIGENCE AGAINST A BLACK CHURCH MINISTER OF GOD

DO GIVE RISE TO A LAW VIOLATION UNDER 18 USC 241 CONSPIRACY AND FEDERAL

CIVIL RIGHTS VIOLATION UNDER 18 USC 242 QUOTING LAW DECISION OF LAW

GRIFFEN Vs  BRECKENBRIDGE 29 LED 2d 338  WE HOLD  PLUS UNDER TITLE

28 USC 1391e I CAN SUE YOU AS A MATTER OF LAW BY STAFFORD VS  BRIGGS

63 LED 2d 1 & 28 USC 1332 LEWIS SUPRA 136 LED 2d 437  plus 42 USC 1983

IS ACTIONABLE UNDER 28 USC 1331 WITH MEYERS VS  F D I C  NEW BIVENS

ACTION BY 476 F SUPP 1237  SO IF YOU DEFENDENTS DO NOT SETTLE CASE

BY LAW COLLECTIVE BARGAINING AGREEMENT 9 USC 2  3  4 LAW  WE WILL THEM
SUE YOU FOR $50  BILLION DOLLARS AND I GET $2 BILLION & AND LAWYER GET
$1 OR $2 BILLION AND STATE OF DELAWARE GET $16 BILLION DOLLLARS OR WE
SUE YOU FOR $50 BILLION DOLLARS 3  AND HAVE JURY TRIAL

=3=

RELIEF SOUGHT

**RELIEF**

IV. State what relief you seek from the Court. Make no legal arguments. Cite no cases or
statutes.

SO RELIEF SOUGHT WE SETTLE LAWSUIT CASE FOR $25 BILLION DOLLARS OR IF

~~NO DEAL THEM WE GO TO FEDERAL GRANT JURY TRIAL FOR $50 BILLION DOLLARS~~

~~AND SINCE YOU ALL HAVE VIOLATION MY 14th & 5th & 8th AMENDMENT FEDERAL~~

PROTECTED U S  CONSTITUTIIONAL LAW RIGHTS PROTECTED UNDER TITLE !8 USC 241

~~18 USC 242   WE TAKE YOU TO TRIAL   & UNDER 7 F3d 1085 & 696 F SUPP~~ 1323

ALSO BY RELIEF SOUGHT WRIT OF ATTACHMENT AND WRIT OF GARISHMENT

~~$25 BILLION DOLLARS FROM THE EXPORT & IMPORT BANK TODAY BY LAW TITLE~~
15 USC 1672c  BY LAW 115 LED 2d 1 DOEHR WE HOLD

Signed this _2~01h_ day of _June, Wed_ 200 7 .

(Signature of Plaintiff or Plaintiffs)

**DECLARATION**

I, _REV  Gad son_ declare under penalty of perjury that I have read and
subscribed to the above and state that the information contained therein is true and correct to the
best of my knowledge.

Executed _6/2-0/200 7_ at _U S A_
                   Date                        Place

Signature of Plaintiff

Signature of Attorney (If Any)

4

ROBERT V GADSON #31101 066
PO. BOX 879
AYER MASS 01432

TO: THE HONORABLE CLERK OF COURT DEPUTY
OFFICE OF CLERK U S DISTRICT COURT
844 KING STREET
WILMINGTON DELAWARE 19801

LEGAL MAIL PROTECTED BY LAW
18 USC 1700 TO 1703

19801+3519 C012

REV   ROBERT V GADSON ESQ JD
1138 SOUTH 51th STREET
PHILA PA 19143


TO" CEO & PRESIDENT & VICE PRESIDENT
EXPORT & IMPORT BANK OFFICE
WASHINGTON D C  20571


DEAR CEO & PRESIDENT & VICE PRESIDENT
                              PLEASE GIVE ME A FEDERAL GRANT
OF $20 BILLION BY LAW TITLE 42 USC 2000d1=d2 OR AFFORD ME A A M J
GIFT LAW GRANT OF $20 BILLION DOLLARS  THANK YOU AND PLEASE WRITE ME
RIGHT BACK TODAY WITH THE MONEY CHECK OK


SIGN BY 

6/1/2007


07 - 413

FILED

JUN 2 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ROBERT V GADSON #31101 066
PO. BOX 879
AYER MASS 01432

TO: THE HONORABLE CLERK OF COURT DEPUTY
OFFICE OF CLERK U S DISTRICT COURT
844 KING STREET
WILMINGTON DELAWARE 19801

LEGAL MAIL PROTECTED BY LAW
18 USC 1700 TO 1703

U.S.M.S.
X-RAY

19801+3545 C012