LAW OFFICES
# SPRAGUE & SPRAGUE

SUITE 400
THE WELLINGTON BUILDING
135 S. 19TH STREET
PHILADELPHIA, PENNSYLVANIA 19103-4912

(215) 561-7681
TELECOPIER: (215) 561-6913
E-MAIL: Lawfirm@SpragueandSprague.com

OF COUNSEL
FRANCIS J. CATANIA

RICHARD A. SPRAGUE**
THOMAS A. SPRAGUE*†
GEOFFREY R. JOHNSON
CHARLES J. HARDY
JOSEPH R. PODRAZA, JR.*
THEODORE J. CHYLACK
STEPHEN R. KURENS*
MARK B. SHEPPARD
THOMAS E. GROSHENS
SHELDON L. ALBERT
RICHARD L. DeSIPIO*
LAWRENCE R. WOEHRLE*

* ALSO MEMBER NJ BAR
** ALSO MEMBER NY BAR

NEW JERSEY OFFICE
76 EUCLID AVENUE
HADDONFIELD, NJ 08033
(856) 216-1212
FAX (856) 354-2322

† MANAGING ATTORNEY
FOR NEW JERSEY

June 28, 2007

Clerk
United States District Court
1100 First Federal Plaza, Suite 600
Wilmington, DE 19801-3526

Dear Sir/Madam:

Please find enclosed what purports to be a Complaint filed, or to be filed in your District, by one Rev. Robert V. Gadson against various defendants. He asserts that he is represented by Richard A. Sprague, Esquire of this office.

Please be advised that neither Mr. Sprague nor this office nor any lawyer associated with this office represents Mr. Gadson.

Respectfully,

Sheldon L. Albert

SLA/dcs
Enc.

cc:   Honorable Sue L. Robinson, Chief Judge

07cv413 UNA
FILED
JUL - 2 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

JUNE 21 2007      =1=A      HON D DEL  U S GOV CHIEF JUDGE
                                         SUE L ROBINSON & CLERK OF COURT

AO 440 (Rev. 10/93) Summons in a Civil Action

RE FAX & E=MAIL                    CONDOLEEZZA RICE & ALBERTO GONZALES

# United States District Court

U S COURT                          DELAWARE
            DISTRICT OF

STATE OF DELAWARE EX REL LEGAL ADMINISTRATOR
REV ROBERT V GADSON EX=POLICE & CIA &
ET AL JOINTER PLAINTIFF & ET AL          **SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: #

CEO & PRESIDENT & VICE
PRESIDENT OF EXPORT & IMPORT          D DEL   NEW DOCKET NUMBER
DEPT OF COMMERCE BANK OF
$10 DILLION DOLLARS ALMOST            $20 BILLION DOLLARS FEDERAL LAWSUIT &
$1 ZILLLION DOLLARS NOTED IN          JURY TRIAL & BRING #12 FOR THE JURY &
1978 WORLD ALMANAC BOOK & ET AL       WRIT OF GARISHMENT 28 USC 1651 &
UNITED STATES                         WRIT OF ATTACHMENT 15 USC 1672=c LAW &
                                      28 USC 1331 MEYERS Vs  F D I C BANK
TO: (Name and address of defendant)   SUPRA S CT & DIRECT VERDICT SUA SPONTE
                                      NUNC PRO TUNC & TELEX CHECK BY LAW &
CEO & PRESIDENT & VICE PRESIDENT      BIVENS ACTION 29 LED 2d
OFFICE ROOM SUITE & GENERAL COUNSEL LAWYER   619 & 15 USC 1693c LAW &
EXPORT & IMPORT BANK OF COMMERCE DEPT        @8 USC 2041=2042 LAW
WASHINGTON D C  20571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MY LAWYER RICHARD SPRAGUE ESQ JD
   215=561=7681 & SUITE #400
   135 SOUTH 19th STREET
   PHILA PA 19103

an answer to the complaint which is herewith served upon you, within ___#10 DAYS REPLY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE

(BY) DEPUTY CLERK

Rec'd 6/25/07 16

=1=B

| | |
|---|---|
| RE  FAX OUT E MAIL ) | VERY HONORABLE D DEL CHIEF U S |
| ) | JUDGE SUE L  ROBINSON & VERY |
| ) | HONORABLE U S  GOV ATTORNEY |
| ) | GENERAL ALBERTO GONZALES ESQ JD |
| ) | VERY HONORABLE ATTORNEY AT LAW |
| ) | CONDOLEEZZA RICE U S SECRETARY |
| ) | DEPT  OF STATE HQ CHIEF OF C I A |
| ) | VERY HONORABLE C I A  CHIEF |
| ) | DIRECTOR & VERY HONORABLE CHIEF |
| ) | GOVERNOR OF DELAWARE & VERY HON |
| ) | DELAWARE U S  SENATE JOESPH BIDEN |
| ) | VERY HONORABLE U S  MAGISTRATE |
| ) | JUDGE & VERY HON D DEL CHIEF CLERK |
| ) | DEFENSE ATTORNEY RICHARD SPRAGUE |
| ) | D DEL  STATE JUDGE CANDIDATE & REV |
| ) | GADSON MAG"J JOB APPOINTMENT |
| ) | CANDIDATE BY LAW 28 USC 639 LAW & |
| ) | VERY HON D DEL  STATE ATTORNEY |
| ) | GENERAL & VERY HON D DEL  U S GOV |
| ) | ATTORNEY & A U S A GOV LAWYER  & |
| ) | PART TIME U S  MAGISTRATE JUDGE |
| ) | D DEL & EX=WASHINGTON D C  MAYOR |
| ) | D C  BAR ATTORNEY SHARON PRATT |
| ) | KELLY Ed LAW DEGREE GRANTOR TO REV |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE EX REL & ) | DOCKET NUMBER # |
| REV. ROBERT VINCENT GADSON  JD ) | ============================ |
| PHILA PA POLICE P H.A  BADGE #160 ) | SUPPLY BY CLERK |
| JOB CANDIDATE PART TIME C.I.A. ) | |
| U.S MAG"J OR FULL TIME &  ET AL ) | I DID PETITION EXPORT & IMPORT |
| JOINTER PLAINTIFF PARTY & ET AL ) | BANK CEO & PRESIDENT & VICE |
| Vs. ) | PRESIDENT FOR A $20 BILLION DOLLARS |
| ) | FEDERAL GRANT BY LAW TITLE |
| CEO & PRESIDENT & VICE PRESIDENT OF) | 42 USC 2000d1=d2 AND THEY DID |
| EXPORT & IMPORT BANK OF $10 ) | REJECT ME AND DID NOT AFFORD ME |
| DILLION DOLLARS DEPT OF COMMERCE ) | A BUSINESS GRANT. |
| BANK BRANCH ) | |
| ) | THIS ACTION BY THEM TRIGGERED A |
| RESPONDENTS ) | ACT OF PREJUDICE AND NEGLIGENCE |
| ) | UNDER LAW 476 F.SUPP 1237 PLUS |
| ) | CONSPIRACY & SEE BELL VS.MILWAUKEE |
| ) | 746 F2d 1221 BY 42 USC 1985=3 & |
| ) | 42 USC 1986 LAW SEE CA3 CLARK VS. |
| ) | CLABAUGH 20 F3d 1290 & 28 USC 1331 |
| ) | FED.QUESTION JURISDICTION & D.DEL |
| ) | LONG ARM JURISDICTION & CASE UNDER |
| ) | BIVENS ACTION 29 L.ED 2d 619 |
| ) | AND 42 USC 1988 $1.BILLION SPRAGUE |

FEDERAL LAWSUIT $10 BILLION DOLLARS
================================================

QUOTING HAINES Vs. KERNER 30 LED 2d 652 & WOLFF Vs. McDONNELL 41 LED 2d 935
McDONNELL DOUGLAS Vs.GREEN 36 L.ED 2d 668 POINT OF LAW NOTE #8 ON JOBS.
CITING A.M.J. GIFT LAW LIKE GRANT LAW 348 F.2d 223 I DID PETITION CEO AND
PRESIDENT & VICE PRESIDENT OF EXPORT IMPORT BANK FOR A GIFT GRANT OF SMALL
AMOUNT OF MONEY ONLY $20 BILLION DOLLARS TO BUILD OUR LORD GOD ALMIGHTY
NEW CHURCHES THROUGH OUT THE ENTIRE UNITED STATES AND THEY REJECTED ME BEING
PREJUDICE AND NEGLIGENCE  AND FEDERAL CAUSE OF ACTION ON NEXT PAGES & HEREIN.

=2=

FEDERAL CAUSE OF ACTION FILED
=====================================

## PARTIES

(In item I. Below, place our name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any).

I. Name of Plaintiff: __ROBERT V. GADSON__

Address: __LOCAL COUNTY JAIL D.DEL & CONTACT D.DEL.   U.S.M__
__TO ROUTE MAIL TO ME OK & IN TRANSIT__

(In item II. Below, place the full name of the defendant in the first blank, his / her official position in the second blank, and his / her place of employment in the third blank. Use the space below item II. for names, positions and places of employment of any additional defendants.)

II. Defendant __CEO & PRESIDENT__  VICE PRESIDENT  is employed as __EXECUTIVE OFFICERS__

__EXPORT & IMPORT BANK D C HQ__  At _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet(s), if necessary.)

__BY LAW RECKLESS NEGLIGENCE AGAINST A BLACK CHURCH MINISTER OF GOD__

__DO GIVE RISE TO A LAW VIOLATION UNDER 18 USC 241 CONSPIRACY AND FEDERAL CIVIL RIGHTS VIOLATION UNDER 18 USC 242 QUOTING LAW DECISION OF LAW GRIFFEN Vs BRECKENBRIDGE 29 LED 2d 338  WE HOLD  PLUS UNDER TITLE 28 USC !391e I CAN SUE YOU AS A MATTER OF LAW BY STAFFORD VS BRIGGS 63 LED 2d 1 & 28 USC 1332 LEWIS SUPRA 136 LED 2d 437  plus 42 USC 1983 IS ACTIONABLE UNDER 28 USC 1331 WITH MEYERS VS F D I C  NEW BIVENS ACTION BY 476 F SUPP 1237  SO IF YOU DEFENDENTS DO NOT SETTLE CASE__

BY LAW COLLECTIVE BARGAINING AGREEMENT 9 USC 2  3  4 LAW  WE WILL THEM SUE YOU FOR $50  BILLION DOLLARS AND I GET $2 BILLION & AND LAWYER GET $1 OR $2 BILLION AND STATE OF DELAWARE GET $16 BILLION DOLLLARS OR WE SUE YOU FOR $50 BILLION DOLLARS 3   AND HAVE JURY TRIAL

=3=

## RELIEF SOUGHT

**RELIEF**

IV. State what relief you seek from the Court. Make no legal arguments. Cite no cases or statutes.

SO RELIEF SOUGHT WE SETTLE LAWSUIT CASE FOR $25 BILLION DOLLARS OR IF NO DEAL THEM WE GO TO FEDERAL GRANT JURY TRIAL FOR $50 BILLION DOLLARS AND SINCE YOU ALL HAVE VIOLATION MY 14th & 5th & 8th AMENDMENT FEDERAL PROTECTED U S CONSTITUTIIONAL LAW RIGHTS PROTECTED UNDER TITLE 18 USC 241 18 USC 242 WE TAKE YOU TO TRIAL & UNDER 7 F3d 1085 & 696 F SUPP 1323 ALSO BY RELIEF SOUGHT WRIT OF ATTACHMENT AND WRIT OF GARISHMENT $25 BILLION DOLLARS FROM THE EXPORT & IMPORT BANK TODAY BY LAW TITLE 15 USC 1672c. BY LAW 115 LED 2d 1 DOEHR WE HOLD

Signed this 20th day of JUNE, WED, 2007.

_____
(Signature of Plaintiff or Plaintiffs)

## DECLARATION

I, REV GADSON declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed 6/20/2007 at USA
        Date                Place

_____
Signature of Plaintiff

_____
Signature of Attorney (If Any)

4

ROBERT V GADSON #31101-066
P O BOX 879
AYER MASS 01432

CENTRAL MA 015
22 JUN 2007 PM 2 T



TO: ATTORNEY AT LAW RICHARD SPRAGUE
LAW FIRM OFFICE SUITE #400
135 SOUTH 19th STREET
PHILA PA 19103

LEGAL MAIL PROTECTED BY LAW
18 USC !700 TO !703

19103+4912 C083

JUN 22 2007

DATE: _____

The enclosed letter was processed through special mailing procedures forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return to the enclosure to
Federal Medical Center
Deven, Massachusetts 01432