IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT V. GADSON,                      :
                                       :
            Plaintiff,                 :
                                       :
      v.                               : Civ. Action No. 07-413-JJF
                                       :
CEO OF EXPORT AND IMPORT BANK          :
OF 10 BILLION DOLLARS DEPT.            :
OF COMMERCE BANK BRANCH,               :
PRESIDENT OF EXPORT AND                :
IMPORT BANK OF 10 BILLION              :
DOLLARS DEPT. OF COMMERCE              :
BANK BRANCH, and VICE                  :
PRESIDENT OF EXPORT AND                :
IMPORT BANK OF 10 BILLION              :
DOLLARS DEPT. OF COMMERCE              :
BANK BRANCH,                           :
                                       :
            Defendants.                :

## O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on July 17, 2007, the Court entered an Order denying leave to proceed in forma pauperis because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 6);

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 30th day of August, 2007, IT
IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** **WITHOUT**
**PREJUDICE**.

UNITED STATES DISTRICT JUDGE